# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE: Docket Number 2019-CA-1185

Robert E. Thompson

- - Versus - -

Cenac Towing Co., L.L.C.

19th Judicial District Court
Case #: 583487
East Baton Rouge Parish

On Application for Rehearing filed on 04/06/2021 by Cenac Towing Co. LLC

Rehearing _____ _denied_ _____

J. Michael McDonald _would grant_

Page McClendon _would grant_

Jewel E. "Duke" Welch

Guy Holdridge

Wayne Ray Chutz

Date **MAY 0 3 2021**

Rodd Naquin, Clerk